**FILED: 6/15/11**

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, THE NATIONAL ELECTRICAL INDUSTRY FUND, and the LOS ANGELES ELECTRICAL WORKERS CREDIT UNION,<br><br>          Plaintiffs,<br><br>    v.<br><br>JK SHELBY, a California corporation,<br><br>          Defendant. | CASE NO.: CV11-02697 GHK (FMOx)<br><br>ASSIGNED TO THE HONORABLE GEORGE H. KING<br><br>**[PROPOSED] JUDGMENT** |

1 | This action having been commenced on March 30, 2011, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, et al., and against defendant JK Shelby, and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

Plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-Management Cooperation Committee, and Trustees of the National Electrical Benefit Fund, the National Electrical Industry Fund, and the Los Angeles Electrical Workers Credit Union shall recover from defendant JK Shelby, a California corporation, the principal amount of $322,926.98, together with post-judgment interest thereon at a rate of eight percent (8%) per annum from the date judgment is entered, until paid in full.

DATED:  6/15/11

_____
UNITED STATES DISTRICT JUDGE